ANNA MᶜGANN, as Administratrix, etc., of JAMES THOMAS MᶜGANN, Deceased, Respondent, v. JACOB ADLER, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

CORN EXCHANGE BANK TRUST COMPANY, Appellant, v. ALBERT L. GIFFORD, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; Martin, P. J., taking no part. [152 Misc. 169.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES CAPPELLINO and Others, Appellants, Impleaded with Another.— Judgment affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ALMA CLAYBURGH, Appellant, Respondent, v. ALBERT CLAYBURGH, Respondent, Appellant. (Action No. 3.) — Judgment so far as appealed from affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULES SPIEGEL, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

BANKERS-COMMERCIAL SECURITY COMPANY, INC., and Another, Appellants, v. CONTINENTAL CASUALTY COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Intermediate Judicial Settlement of the Accounts of HARRY G. FROMBERG, as Committee of the Estate of FELIX CONOVA, JR., an Incompetent Person. UNITED STATES VETERANS ADMINISTRATION, Appellant; HARRY G. FROMBERG, Respondent.— Order modified by fixing the balance of compensation of the committee at $41.24, instead of $116.64; by eliminating the additional allowance; and by fixing the allowance of the special guardian at $75, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

In the Matter of WILLIAM L. GERETY, an Attorney.— Motion granted. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of IRVIN HUSIN, an Attorney.— Motion granted. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

FRANK A. FLEISCH and Another, as Executors, etc., of ALBERT M. PATTERSON, Deceased, Appellants, v. CORN EXCHANGE BANK TRUST COMPANY, Respondent. — Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

GEORGE L. MᶜCONNELL, Appellant, Respondent, v. CARIBBEAN PETROLEUM COMPANY, Respondent, Appellant.— Order affirmed, without costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

VINCENZO RELLA, Appellant, v. NATIONAL CITY BANK OF NEW YORK, Respondent.*— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Martin, P. J., and Glennon, J., dissent and vote to reverse and grant a new trial.